IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01195-REB-BNB

ST. PAUL TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

Plaintiff,

v.

PATRICIA RAGUSA,
JAKE RAGUSA,
JACQUE RAGUSA, and
MATTHEW T. MANLEY,

Defendants.
_____

**ORDER**
_____

This case was commenced by the filing of a complaint on June 28, 2005. Defendant Matthew T. Manley was served with a summons and the complaint on September 8, 2005, in Huntington Beach, California.

An answer was filed on October 11, 2005, purportedly by Matthew Manley acting pro se. The answer is not signed by Matthew Manley, but instead bears the notation "Matthew T. Manley (FJM)." I assume that FJM is Matthew Manley's brother, Frank Manley. There is no indication that Frank Manley is a lawyer or a member of the bar of this court. A person, not a lawyer admitted to the bar of this court, may not represent another person. In addition, the answer fails to comply with the requirements of D.C.COLO.LCivR 10.1K which requires that the

name, current mailing address, and telephone number of a pro se party be typed in a signature block at the end of the paper. No such information is provided.

By a minute order dated August 26, 2005, this matter was set for a scheduling conference on October 26, 2005, at 8:30 a.m. Defendant Matthew T. Manley did not appear at the conference as required. His brother, Frank Manley, contacted the court on October 25, 2005, to request permission for Matthew Manley to appear at the scheduling conference by telephone, but permission was neither granted nor denied. Matthew Manley did not contact the court by telephone at the time of the scheduling conference. In addition, Matthew Manley did not participate in the preparation of the proposed scheduling order.

IT IS ORDERED that the answer purportedly filed by Matthew Manley, pro se, is STRICKEN for failure to comply with the requirements of D.C.COLO.LCivR 10.1K.

Dated October 26, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge