**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01195-REB-BNB

ST. PAUL TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corp.,

    Plaintiff,

v.

PATRICIA RAGUSA,
JAKE RAGUSA,
JACQUE RAGUSA, and
MATTHEW T. MANLEY,

    Defendants.

**ORDER OF DISMISSAL
(As to Jake and Jacque Ragusa)**

**Blackburn, J.**

On November 1, 2005, the parties filed a **Stipulation of Dismissal** [#40].  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that plaintiff's claim against defendants Jake Ragusa and Jacque Ragusa should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal** [#40], filed on November 1, 2005, is **APPROVED**;

2. That plaintiff's claim against defendants, Jake Ragusa and Jacque Ragusa, is **DISMISSED WITHOUT PREJUDICE** with each party to pay their own attorney fees

1

and costs;

3. That **Defendants' Motion for Summary Judgment** [#24] and **Defendants' Motion to Dismiss for Failure to State a Claim** [#26], both filed on October 7, 2005, are **DENIED** as moot; and

4. That defendants, Jake Ragusa and Jacque Ragusa, are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated November 1, 2005, at Denver, Colorado.

                                        BY THE COURT:

                                        s/ Robert E. Blackburn
                                        Robert E. Blackburn
                                        United States District Judge