IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01195-REB-BNB

ST. PAUL TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

Plaintiff,

v.

PATRICIA RAGUSA, and
MATTHEW T. MANLEY,

Defendants.

_____

**ORDER**
_____

This matter is before me on **Albani & Grossman's Uncontested Motion to Withdraw Their Motion to Quash Subpoena to Produce Documents and to Withdraw Sealed Document Filed In Support (and Motion to Vacate Hearing)** [Doc. # 57, filed 2/27/05] (the "Motion"). The parties indicate that the dispute has been resolved. Accordingly:

IT IS ORDERED that the Motion is GRANTED as follows:

(1) The **Motion to Quash Subpoena to Produce Documents and Objections to Production of Documents** [Doc. # 53, filed 2/23/06] (the "Motion to Quash") is DENIED AS WITHDRAWN; and

(2) The hearing on the Motion to Quash set for March 29, 2006, at 3:30 p.m., is VACATED.

1

Dated February 27, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge