**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 05-cv-01195-REB-BNB

ST. PAUL TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a
Connecticut Corp.,

      Plaintiff,

v.

PATRICIA RAGUSA, and
MATTHEW T. MANLEY,

      Defendants.

---

MINUTE ORDER[1]

---

      The Uncontested Motion to Remove Albani & Grossman as a Party to This Case
(with Proposed Order) [#61], filed March 3, 2006, is STRICKEN for failure to comply
with D.C.COLO.L.Civ.R. 7.1.A., and the Electronic Case Filing Procedures (Civil
Cases), effective January 9, 2006, V.L. a. and b.

Dated:  March 1, 2006
-----------------------------------------------------------------------------------------------------------------------

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E.
Blackburn, United States District Judge for the District of Colorado.