**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01195-REB-BNB

ST. PAUL TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corp.,

    Plaintiff,

v.

PATRICIA RAGUSA, and
MATTHEW T. MANLEY,

    Defendants.

---

MINUTE ORDER[1]

---

    The Motion to Remove Albani & Grossman as a Party to this Case (with Proposed Order) [#64], filed on April 4, 2006, is GRANTED. Albani & Grossman are REMOVED as an interested party to this action and Albani & Grossman shall be removed from the E-File notice and service list.

Dated: April 4, 2006
-----------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.