IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01195-REB-BNB

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

Plaintiff,

v.

PATRICIA RAGUSA, and
MATTHEW T. MANLEY,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　This matter is before the Court on the **Motion to Amend Complaint by Interlineation and to Correct Case Caption and Incorporated Memorandum of Law** [docket no. 68, filed May 3, 2006] (the "Motion").

　　　IT IS ORDERED that the Motion is GRANTED and the caption is amended as reflected above. All future filings shall bear this caption.


DATED: May 5, 2006