**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01195-REB-BNB

ST. PAUL TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corp.,

    Plaintiff,

v.

PATRICIA RAGUSA, and
MATTHEW T. MANLEY,

    Defendants.

---

**ORDER OF DISMISSAL
OF DEFENDANT PATRICIA RAGUSA**

---

**Blackburn, J.**

The matter before the court is the **Notice of Dismissal of All Claims Asserted Against Patricia J. Ragusa Without Prejudice** [#79], filed September 18, 2006. After careful review of the notice and the file, the court has concluded that the notice should be approved and that plaintiff's claims asserted against defendant, Patricia Ragusa, should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Dismissal of All Claims Asserted Against Patricia J. Ragusa Without Prejudice** [#79], filed September 18, 2006, is **APPROVED**;

2. That the plaintiff's claims asserted against defendant, Patricia Ragusa, **ARE DISMISSED WITHOUT PREJUDICE** with the plaintiff and defendant Ragusa to pay their own attorney fees and costs; and

3.  That defendant,, Patricia Ragusa is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated September 18, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**