IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01195-REB-BNB

ST. PAUL TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

Plaintiff,

v.

MATTHEW T. MANLEY,

Defendant.

_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference. The proposed final pretrial order was rejected for the reasons stated on the record. In summary and for the reasons stated on the record:

IT IS ORDERED that a supplemental final pretrial conference is set for **October 13, 2006, at 4:00 p.m., Mountain Time**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties may appear at the conference by telephone. Counsel for the plaintiff is directed to initiate an operator assisted conference call and to join the defendant and the court at the appropriate date and time.

IT IS FURTHER ORDERED that the parties shall submit to the court a revised proposed final pretrial order on or before **October 10, 2006**.

IT IS FURTHER ORDERED that the defendant shall cooperate in the preparation of the revised proposed final pretrial order to assure that all of the information required from him is included in the proposed order submitted.

Dated September 28, 2006.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge