IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 05-cv-01195-REB-BNB

ST. PAUL TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corp.,

    Plaintiff,

v.

MATTHEW T. MANLEY,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Notice of Dismissal of All Claims Asserted Against Matthew T. Manley With Prejudice** [#91], filed December 11, 2006. After careful review of the notice and the file, the court has concluded that the notice should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Dismissal of All Claims Asserted Against Matthew T. Manley With Prejudice** [#91], filed December 11, 2006, is **APPROVED**; and

2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated December 11, 2006, at Denver, Colorado.

                                                        **BY THE COURT:**

                                                        s/ Robert E. Blackburn
                                                        Robert E. Blackburn
                                                        United States District Judge